UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA LEE HUDSON,

    Plaintiff,

v.

VELO LEGAL SERVICE, PLC
and SCOTT RENNER,

    Defendants.
_____/

Case No. 2:17-cv-10345

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated May 2, 2019, judgment is entered in favor of Defendants and against Plaintiff.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/ D. Parker
    Deputy Clerk

Dated: May 2, 2019

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 2, 2019, by electronic and/or ordinary mail.

    s/ David P. Parker
    Case Manager